

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Khalif White*, 18 Cr. 364 (PGG)

Dear Judge Gardephe:

    Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

    Thank you for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ Mary E. Bracewell
    Mary E. Bracewell
    Assistant United States Attorney
    (212) 637-2218

cc:    Counsel of Record (by ECF)

**MEMO ENDORSED:** The application is granted. The Clerk of Court is directed to terminate Mary Bracewell's appearance on the above captioned docket.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Date: **May 26, 2023**